CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 26-CR-000150-AMO |
|     Plaintiff, | )<br>) STIPULATION AND [~~PROPOSED~~] ORDER TO<br>) EXCLUDE TIME FROM MAY 11, 2026,<br>) THROUGH JULY 27, 2026 |
|   v. | ) |
| BRIAN MOORE, | )<br>) |
|     Defendant. | ) Hearing Date: July 27, 2026<br>) Hearing Time: 2:00 pm<br>) Hon. Araceli Martínez-Olguín<br>)<br>) |
| | ) |

At the status conference held on May 11, 2026, the government informed the Court that it had made two discovery productions, and the defense will need time to review, conduct its own investigation, and discusses the case with her client. Therefore, the parties requested the case be continued to July 27, 2026.

For effective preparation of counsel, the parties stipulate and agree that the ends of justice served by continuing the hearing and excluding time from May 11, 2026, through July 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.


Respectfully,


DATED:  5/13/2026                                   /s/
                                        ZACHARY M. GLIMCHER
                                        Special Assistant United States Attorney


DATED:  5/13/2026                                   /s/
                                        KAITLYN FRYZEK
                                        Counsel for Defendant BRIAN MOORE

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties for good cause shown, the Court finds that failing to continue the hearing and exclude the time from May 11, 2026, through July 27, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 11, 2026, through July 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2026, through July 27, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____5/13/2026_____     _____
                                 HON. ARACELI MARTINEZ-OLGUIN
                                 United States District Judge

STIPULATION TO EXCLUDE TIME
Case No. 26-CR-000150-AMO                                    v. 7/10/2018